```
           IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA <u>ex</u> <u>rel</u> KHORIAKOV, STANISLAV | : : : | CIVIL ACTION |
| v. | : : | |
| JOHN ASHCROFT, et al. | : | NO. 02-3337 |

<u>ORDER</u>

AND NOW, this 10th day of July, 2002, upon consideration of the motion of petitioner to withdraw the petition for a writ of habeas corpus on the ground that he was released from I.N.S. detention, it is hereby ORDERED that:

1. The motion (Doc. No. 7) is GRANTED; and

2. The Clerk shall MARK the petition for a writ of habeas corpus as WITHDRAWN and CLOSE this case statistically.

BY THE COURT:

_____
Stewart Dalzell, J.